**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6489**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BOBBY WAYNE HAISLIP, a/k/a Roberto Wayne Haislip, a/k/a Robert Wayne Haislip, a/k/a Roberto Fabian DeJesus,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Senior District Judge.  (1:21-cr-00022-JPJ-PMS-1)

_____

Submitted:  November 14, 2024                    Decided:  November 19, 2024

_____

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bobby Wayne Haislip, Appellant Pro Se.  Jonathan Patrick Jones, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Wayne Haislip appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part A of Amendment 821 to the Sentencing Guidelines. We conclude that the district court correctly determined that Haislip was ineligible for a sentence reduction. Haislip never received any "status points"—that is, criminal history points for committing his offense while under a criminal justice sentence. Rather, his criminal history score of six was based entirely on his past criminal conduct. Accordingly, we deny Haislip's motion for appointment of counsel and affirm the district court's judgment. *United States v. Haislip*, No. 1:21-cr-00022-JPJ-PMS-1 (W.D. Va. Apr. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*